BLANK ROME, LLP
Attorneys for Plaintiff
DEIULEMAR COMPAGNIA
DI NAVIGAZIONE SPA
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000



**OFFICE COPY**

JUDGE HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEIULEMAR COMPAGNIA DI
NAVIGAZIONE SPA,

        Plaintiff,

    -against-

TMT BULK CO. LIMITED

        Defendant.

07 Civ.   07 CV 2528

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff DEIULEMAR COMPAGNIA DI NAVIGAZIONE SPA certifies that, according to information provided to counsel by its clients, DEIULEMAR COMPAGNIA DI NAVIGAZIONE SPA is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
            March 27, 2007

                                BLANK ROME, LLP
                                Attorneys for Plaintiff
                                DEIULEMAR COMPAGNIA
                                DI NAVIGAZIONE SPA

                                By_____
                                  Jack A. Greenbaum (JG 0039)
                                The Chrysler Building
                                405 Lexington Ave.
                                New York, NY 10174-0208
                                (212) 885-5000