BLANK ROME, LLP
Attorneys for Plaintiff
DEIULEMAR COMPAGNIA
DI NAVIGAZIONE SPA
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEIULEMAR COMPAGNIA DI NAVIGAZIONE SPA,<br>　　　　　　　　　Plaintiff,<br>-against-<br>TMT BULK CO. LIMITED<br>　　　　　　　　　Defendant. | 07 Civ. 2528 (RJH)<br>**ORDER RELEASING ATTACHMENT AND DISCONTINUING LAW SUIT** |

**WHEREAS**, on March 27, 2007, Plaintiff, DEIULEMAR COMPAGNIA DI NAVIGAZIONE SPA,, filed a Verified Complaint herein for damages and praying for issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and,

**WHEREAS**, the Process of Maritime Attachment and Garnishment was issued and served on garnishees, and funds were restrained pursuant thereto, and

**WHEREAS** the parties have amicably resolved the claims that are the subject of this law suit, it is hereby,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

**ORDERED**, that the Process of Maritime Attachment and Garnishment issued herein shall be and hereby is vacated and all garnishees are directed to release all funds that have been restrained pursuant thereto, and it is further

**ORDERED**, pursuant to F. R. Civ. P. Rule 41(a)(1), that, upon release of the restrained funds, this action shall be discontinued with prejudice and without costs.

Dated: February , 2008
       March 11

SO ORDERED:

_____
U.S.D.J.

Entry of the above order is consented to:

The Clerk is requested to close this case.

Blank Rome LLP
Attorneys for Plaintiff, DEIULEMAR COMPAGNIA DI NAVIGAZIONE SPA,

By _____
   Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

2

624234.00602/6600019v.1